IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROY MALDONADO,

    Plaintiff,

    vs.

MARVIN POWERS, WEXFORD HEALTH SOURCES, INC., SALVADORE A. GODINEZ, and YOLANDE JOHNSON,

    Defendants.

Case No. 3:12-cv-00773-JPG-PMF

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff Roy Maldonado's appeal (Doc. 60) of Magistrate Judge Philip M. Frazier's July 19, 2013, order (Doc. 59) granting defendant Wexford Health Sources, Inc.'s motion for a protective order.[1]  A district court reviewing a magistrate judge's decision on nondispositive issues should modify or set aside that decision if it is clearly erroneous or contrary to law.  *See* Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A).

Plaintiff's appeal seems to contest an "in camera" review of documents, however, the protective order, when read carefully, states that "Plaintiff shall be permitted to inspect such documents at a mutually agreed upon date and time in accordance with IDOC procedures and guidelines . . . ." Doc. 59, p. 1.  After a review of Magistrate Judge Frazier's July 19, 2013, order, the Court finds that it is neither clearly erroneous nor contrary to law.  Accordingly, the Court **DENIES** Maldonado's appeal (Doc. 60).

**IT IS SO ORDERED.**

**DATED:**  September 30, 2013

    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**

---

[1] The Court notes this was docketed as an Objection to Magistrate Judge Frazier's Report and Recommendation, however, the Court will be construing it as an objection to the Protective Order filed on July 19, 2013 (Doc. 59).